# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| Craig Nelsen, | Court File No.: 18-cv-00895-RK |
| Plaintiff, | |
| v. | |
| Southern Poverty Law Center *et al.*, | |
| Defendants. | |

## DECLARATION OF RICHARD COHEN

I, Richard Cohen, declare as follows:

1. I respectfully submit this declaration in support of my Motion to Dismiss the Complaint for lack of personal jurisdiction. I am over eighteen years of age, and if called upon I could testify as to the facts stated herein.

2. I am currently the president of the Southern Poverty Law Center ("SPLC"), a position I have held since 2003. Before becoming SPLC president, I worked as SPLC's legal director and oversaw SPLC's educational and hate monitoring programs from 1986 to 2003.

3. I currently live in Montgomery, Alabama. I have lived I Alabama since 1986.

4. I have never lived in the state of Missouri.

5. I do not own any property in the state of Missouri.

6. I have never paid income taxes in the state of Missouri.

7.   I do not have any bank accounts in the state of Missouri.

8.   I do not have direct investments in any Missouri business.

9.   I have never been employed by a Missouri business.

10.   I have never employed a Missouri resident.

11.   I have never registered to vote in Missouri.

12.   I did not make telephone calls to anyone in Missouri or otherwise communicate with any Missouri sources in connection with the *Hatewatch* blog article at issue in this case.  In fact, I had no involvement at all in the publication of the *Hatewatch* blog article at issue in this case.

13.   I have only visited Missouri once in the last 20 years. I never visited Missouri in connection with the *Hatewatch* blog article at issue in this case.

I hereby affirm, pursuant to 28 U.S.C. § 1746 and under the penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on:  _1/25/19_

_____
Richard Cohen

2