# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CRAIG NELSEN, | ) |
|                     Plaintiff, | ) |
| v. | ) Case No. 4:18-00895-CV-RK |
| SOUTHERN POVERTY LAW CENTER, BILL SELLARS, | ) |
|                     Defendants. | ) |

## ORDER DENYING PLAINTIFF'S MOTION FOR CM/ECF PRIVILEGES

Before the Court is Plaintiff's motion to be granted CM/ECF privileges. (Doc. 107.) In order to obtain CM/ECF filing privileges, Plaintiff must complete a non-attorney e-file registration through an online PACER account. The Court will then review his admission request and provide him with further instructions via email. Therefore, the motion is **DENIED**. The Clerk of Court is directed to mail a copy of this order to:

Craig Nelsen
515 Shady Avenue
St. Joseph, MO 64505

**IT IS SO ORDERED**.

                                                    s/ Roseann A. Ketchmark
                                       ROSEANN A. KETCHMARK, JUDGE
                                       UNITED STATES DISTRICT COURT

DATED: July 31, 2020