## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| Craig Nelsen,<br><br>             Plaintiff,<br><br>      v.<br><br>Southern Poverty Law Center<br><br>             Defendant. | Court File No.:  4:18-cv-00895-RK |

### DECLARATION OF CHAD R. BOWMAN

I, Chad R. Bowman, declare as follows:

1. I am a partner in the Washington, D.C. office of Ballard Spahr LLP.  I am one of the attorneys representing Defendant the Southern Poverty Law Center ("SPLC") in this matter. I submit this declaration to put before the Court certain documents relevant to SPLC's Motion for Summary Judgment.

2. Attached hereto as **Exhibit B-1** is a true and correct copy of excerpts of the September 18, 2020 deposition transcript of Defendant Craig Nelsen.   Also included in Exhibit B-1 in an unsigned errata by Mr. Nelsen.

3. Attached hereto as **Exhibit B-2** is a true and correct copy of excerpts of the September 25, 2020 deposition transcript of Stephen Piggott.

4. Attached hereto as **Exhibit B-3** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 2.

5. Attached hereto as **Exhibit B-4** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 3.

6. Attached hereto as **Exhibit B-5** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 4.

7. Attached hereto as **Exhibit B-6** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 5.

8. Attached hereto as **Exhibit B-7** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 7.

9. Attached hereto as **Exhibit B-8** is a true and correct copy of excerpts of a document marked as Nelsen Deposition Exhibit 8, which is a chain of text messages produced by Plaintiff in discovery, between Plaintiff and Pat Welch.

10. Attached hereto as **Exhibit B-9** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 13-A.

11. Attached hereto as **Exhibit B-10** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 14.

12. Attached hereto as **Exhibit B-11** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 15.

13. Attached hereto as **Exhibit B-12** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 17.

14. Attached hereto as **Exhibit B-13** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 24.

15. Attached hereto as **Exhibit B-14** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 25.

16. Attached hereto as **Exhibit B-15** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 26.

17. Attached hereto as **Exhibit B-16** is a true and correct copy of a document marked as Nelsen Deposition Exhibit 27.

18. Attached hereto as **Exhibit B-17** is a true and correct copy of an affidavit executed by Joseph Aull on August 19, 2020.

19. Attached hereto as **Exhibit B-18** is a true and correct copy of an affidavit executed by William (Bill) Flanigan on August 14, 2020.

20. Attached hereto as **Exhibit B-19** is a true and correct copy of an affidavit for business records executed by Carla Ghisalberti on August 3, 2020, and attaching the minutes for the Lexington Planning and Zoning Commission meeting of January 16, 2018.

21. Attached hereto as **Exhibit B-20** is a true and correct copy of an affidavit for business records executed by Joe Parmon on August 6, 2020, and attaching a relevant page of *The Lexington News* edition dated January 17, 2018.

22. Attached hereto as **Exhibit B-21** is a true and correct copy of an affidavit for business records executed by Joe Parmon on August 6, 2020, and attaching relevant pages of *The Lexington News* edition dated January 24, 2018. This document was also marked as Exhibit 19 to the Deposition of Craig Nelsen.

23. Attached hereto as **Exhibit B-22** is a true and correct copy of an affidavit for business records executed by Joe Parmon on August 6, 2020, and attaching a relevant page of *The Lexington News* edition dated January 31, 2018. This document was also marked as Exhibit 20 to the Deposition of Craig Nelsen.

24. Attached hereto as **Exhibit B-23** is a true and correct copy of an affidavit for business records executed by Joe Parmon on August 6, 2020, and attaching relevant pages of

*The Lexington News* edition dated February 14, 2018.  This document was also marked as Exhibit 21 to the Deposition of Craig Nelsen.

25. Attached hereto as **Exhibit B-24** is a true and correct copy of emails dated January 26, 2018 from Craig Nelsen to Pat Welch, which were produced by Plaintiff in discovery.

26. Attached hereto as **Exhibit B-25** is a true and correct copy of the Expert Report by SPLC expert Dr. Bill D. Geis.

27. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of November 2020.

*/s/ Chad R. Bowman*

Chad R. Bowman

4